**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-03663<br><br>**Judge Joan H. Lefkow**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

**DECLARATION OF SERVICE**

I, Luana Faria de Souza, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP (collectively, "Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:
2. On April 6, 2026, this Court entered an Order [24] permitting Plaintiffs to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Summons, the Temporary Restraining Order (the "TRO"), and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant.

3. I hereby certify that on April 15, 2026, I, or someone working under my direction, electronically published the Complaint, Summons, the TRO, and other relevant documents on a website.

4. I hereby certify that on April 15, 2026, I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in **Exhibit A** attached hereto that includes an attachment of relevant documents and a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of April 2026, in Chicago, Illinois.

/s/ Luana Faria de Souza
Luana Faria de Souza
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
lfaria@gbc.law

*Counsel for Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP*