# Exhibit A

| | |
|---|---|
| Trendorastore | 18538047880@163.com |
| FFIVV | 2904840322@qq.com |
| Shang yun | 33237442@qq.com |
| Peakoria | baifu138@outlook.com |
| LDATYLBATY | baikahui888@163.com |
| DQIM-US | daqianzhizao01@outlook.com |
| Gaoin | greatgaoin@foxmail.com |
| A1GHLXZGFKRW12 | guhe05860092@163.com |
| LCRSNMBSRA | hezeli888@163.com |
| IHGYT | huayu20186@outlook.com |
| Youmi Electronic Commerce | l13481104949@163.com |
| LianShengLisna | lianshengliamz@outlook.com |
| GAUPXIN | lp20200lp@163.com |
| AF2ZO0OL72U1 | luissantiago9055@outlook.com |
| ABZIRK9CBVM1S | mataolan2583693@163.com |
| meekoo online | meekoous@outlook.com |
| Party Time USA | mmda@sz-mmda.com |
| moncion | moncionltd@163.com |
| Lin-Yu | qcsyl@qq.com |
| zhaochenmeibaihuodian | sag3g8@sina.com |
| kyoryuger US | shenzhenaerfu@163.com |
| SLQT001 | slqt001@hotmail.com |
| Kaluofan | ukkaluofan@163.com |
| Holiday Deals Today  7 days | xianggongui@126.com |
| BaiYongQiangh | yujianhuabc@sina.com |
| Huizhou Hengmuge Pet Products Co., Ltd. | zacharyroy6087@hotmail.com |
| duobeite | 18551067343@163.com |
| can2-x | fx4417@163.com |
| yuanqing68_8 | les088@126.com |
| can1-x | sb4472@163.com |
| Bayyon Flag Store | a88ml24@163.com |
| Boutique Clothing Store. | agess686@126.com |
| Xu Pingyang | bos092481@163.com |
| BOXIANGTAIFUSHI | bxtfs2023@163.com |
| Interesting shops | chyuqjdd55@163.com |
| Perfect Space | gongyigongying@outlook.com |
| huaSX Ltd. | qpo095@163.com |
| ZOYOUE | weyugrhgr@163.com |
| XiAng | xiang1985shangmao@163.com |
| xiamenqiansicang | xmqsc20024@163.com |
| Jicai Shun trading Co., LTD | xuguangym5398@163.com |
| ZhiPinn | xuzhiping996978@outlook.com |

| | |
|---|---|
| | shelly@cheng-ip.com |
| | li@bonnielilaw.com |