**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC and UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, <br><br> Plaintiffs, <br><br> v. <br><br> A1GHLXZGFKRW12, et al., <br><br> Defendants. | Case No. 26-cv-03663 <br><br> **Judge Joan H. Lefkow** <br><br> **Magistrate Judge Daniel P. McLaughlin** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP (collectively, "Plaintiffs") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars from U.S. consumers, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks (the "Universal Trademarks") to residents of Illinois. A list of Universal Trademarks is included in the chart below.

| Registration Number | Trademark |
| --- | --- |
| 1,100,741<br>2,276,097<br>2,316,903<br>6,791,161<br>7,139,772<br>7,426,341 | JAWS |
| 6,294,711<br>6,294,707 | YOU'RE GONNA NEED A BIGGER BOAT |
| 1,075,059 | |

2

| | |
|---|---|
| 1,073,671 |  |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert or participation with them be permanently enjoined and restrained from:

    a. using the Universal Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Universal Product or is not authorized by Plaintiffs to be sold in connection with the Universal Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Universal Product or any other product produced by Plaintiffs that is not Plaintiffs' or

not produced under the authorization, control, or supervision of Plaintiffs and approved by Plaintiffs for sale under the Universal Trademarks;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Products are those sold under the authorization, control, or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

d.  further infringing the Universal Trademarks and damaging Plaintiffs' goodwill; and

e.  manufacturing, shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Universal Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof.

2.  Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Universal Trademarks.

3.  Pursuant to 15 U.S.C. § 1117(a), Plaintiffs are awarded profits from Defaulting Defendants according to the table below for willful use of the Universal Trademarks in connection with the sale of products sold through at least the Defaulting Defendants Online Marketplaces.

| No. | Defendant / Seller Alias | Profits Award |
|-----|--------------------------|---------------|
| 2 | ABZIRK9CBVM1S | $8,231.39 |
| 9 | Holiday Deals Today  7 days | $2,443.64 |
| 25 | Youmi Electronic Commerce | $40.37 |
| 27 | can1-x | $54.99 |
| 28 | can2-x | $54.99 |
| 30 | yuanqing68_8 | $45.50 |
| 37 | Perfect Space | $3,540.04 |
| 41 | ZhiPinn | $227.03 |

4.  Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants, except for those Defaulting Defendants identified in Paragraph 3 above, in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Universal Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

5.  Plaintiffs may serve this Order on Third Party Providers by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

6.  Any Third Party Providers holding funds for Defaulting Defendants shall within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds, up to the above identified awards, or other of Defaulting Defendants' assets.

7.  All monies, up to the above identified awards, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers are hereby released to Plaintiffs

as partial payment of the above-identified awards, and Third Party Providers are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Plaintiffs have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits to the Declaration of Monique Cheng Joe, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified awards, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified awards within seven (7) calendar days of receipt of this Order.

9. In the event that Plaintiffs identify any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Monique Cheng Joe and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten-thousand-dollar ($10,000) surety bond posted by Plaintiff is hereby released to

Plaintiffs or their counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed

to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or

their counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final

Judgment against Defaulting Defendants.

DATED: May 14, 2026

Joan Humphrey Lefkow
United States District Judge

7

**Universal City Studios LLC, et al. v. A1GHLXZGFKRW12, et al. - Case No. 26-cv-03663**

# Schedule A

| No | URL | Name / Seller Alias | Award |
|---|---|---|---|
| | **Defendant Online Marketplaces** | | |
| 1 | amazon.com/sp?seller=A1GHLXZGFKRW12 | A1GHLXZGFKRW12 | $100,000 |
| 2 | amazon.com/sp?seller=ABZIRK9CBVM1S | ABZIRK9CBVM1S | $8,231.39 |
| 3 | amazon.com/sp?seller=AF2ZO0OL72U1 | AF2ZO0OL72U1 | $100,000 |
| 4 | amazon.com/sp?seller=ASWF82BQ2XI26 | BaiYongQiangh | $100,000 |
| 5 | amazon.com/sp?seller=A3CLWFHZSFP0HD | DQIM-US | $100,000 |
| 6 | amazon.com/sp?seller=A3MYEJR25JZGJ7 | FFIVV | $100,000 |
| 7 | amazon.com/sp?seller=A11AYM89WV6E1P | Gaoin | $100,000 |
| 8 | DISMISSED | DISMISSED | DISMISSED |
| 9 | amazon.com/sp?seller=ABRQGTH8V1T1Q | Holiday Deals Today  7 days | $2,443.64 |
| 10 | amazon.com/sp?seller=AX79EUHAVFJ4P | Huizhou Hengmuge Pet Products Co., Ltd. | $100,000 |
| 11 | EXCEPTED | EXCEPTED | EXCEPTED |
| 12 | DISMISSED | DISMISSED | DISMISSED |
| 13 | DISMISSED | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED | DISMISSED |
| 16 | amazon.com/sp?seller=AG2CUHZYY1G83 | LianShengLisna | $100,000 |
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | EXCEPTED | EXCEPTED | EXCEPTED |
| 19 | DISMISSED | DISMISSED | DISMISSED |
| 20 | amazon.com/sp?seller=A3FWKSX49RUS4L | Party Time USA | $100,000 |
| 21 | amazon.com/sp?seller=A1J4AQCN4ULZQ1 | Peakoria | $100,000 |
| 22 | DISMISSED | DISMISSED | DISMISSED |
| 23 | DISMISSED | DISMISSED | DISMISSED |
| 24 | amazon.com/sp?seller=A19RGCNYV65KPA | Trendorastore | $100,000 |
| 25 | amazon.com/sp?seller=AMHAZ2JXAL8AK | Youmi Electronic Commerce | $40.37 |
| 26 | amazon.com/sp?seller=A2264P8N1HCCD0 | zhaochenmeibaihuodian | $100,000 |
| 27 | ebay.com/usr/can1-x | can1-x | $54.99 |
| 28 | ebay.com/usr/can2-x | can2-x | $54.99 |
| 29 | EXCEPTED | EXCEPTED | EXCEPTED |
| 30 | ebay.com/usr/yuanqing68_8 | yuanqing68_8 | $45.50 |
| 31 | DISMISSED | DISMISSED | DISMISSED |

| 32 | walmart.com/seller/102946314 | Boutique Clothing Store. | $100,000 |
| 33 | walmart.com/seller/101592729 | BOXIANGTAIFUSHI | $100,000 |
| 34 | walmart.com/seller/103041642 | huaSX Ltd. | $100,000 |
| 35 | walmart.com/seller/102508973 | Interesting shops | $100,000 |
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 37 | walmart.com/seller/103045671 | Perfect Space | $3,540.04 |
| 38 | walmart.com/seller/101629381 | xiamenqiansicang | $100,000 |
| 39 | DISMISSED | DISMISSED | DISMISSED |
| 40 | walmart.com/seller/102740671 | Xu Pingyang | $100,000 |
| 41 | walmart.com/seller/101683619 | ZhiPinn | $227.03 |
| 42 | walmart.com/seller/101627101 | ZOYOUE | $100,000 |

9