**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC AND UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, | Case No. 26-cv-03663 |
| Plaintiffs, | **Judge Joan Humphrey Lefkow** |
| v. | **Magistrate Judge Daniel P. McLaughlin** |
| A1GHLXZGFKRW12, et al., | |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP (collectively, "Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| meekoo online | 18 |
| duobeite | 29 |

Dated this 4th day of June 2026.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiffs Universal City Studios LLC
and Universal City Studios Productions LLLP*

2