**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS LLC AND UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, | Case No. 26-cv-03663 |
| Plaintiffs, | **Judge Joan Humphrey Lefkow** |
| v. | **Magistrate Judge Daniel P. McLaughlin** |
| A1GHLXZGFKRW12, et al., | |
| Defendants. | |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on May 14, 2026 [47], in favor of Plaintiffs Universal City Studios LLC and Universal City Studios Productions LLLP (collectively, "Plaintiffs") and against the Defendants identified in Schedule A in the amounts detailed in the chart below ("Judgment Amount") and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desire to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Judgment Award | Line No. |
|---|---|---|
| BOXIANGTAIFUSHI | $100,000 | 33 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

1

Dated this 4th day of June 2026.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Luana Faria de Souza
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
lfaria@gbc.law

*Counsel for Plaintiffs Universal City Studios LLC
and Universal City Studios Productions LLLP*

2